FILED
CLERK, U.S. DISTRICT COURT

OCT 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO NICHOLAS CHAVEZ, | NO. ED CV 08-1259-GPS(E) |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| TOM FELKER, Warden, | |
| Respondent. | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody," on September 15, 2008. The Petition challenges Petitioner's conviction and/or sentence in Petitioner's 1999-2000 Superior Court case number RIF085411 (Petition at 2). Petitioner previously challenged this same conviction and sentence in a habeas corpus petition filed in this Court in 2004. See Chavez v. Giurbino, No. CV 04-00761-GPS(E) ("the prior habeas action"). On August 3, 2004, the Magistrate Judge issued a report and recommendation in the prior habeas action, recommending denial and dismissal of the petition with prejudice as untimely. On September 2, 2004, the District Court filed an order adopting the report and

recommendation in the prior habeas action. On September 3, 2004, the District Court entered judgment in the prior habeas action, denying and dismissing the petition with prejudice.

The Court must dismiss the present Petition in accordance with 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and Effective Death Penalty Act of 1996"). Section 2244(b) requires that a petitioner seeking to file a "second or successive" habeas petition first obtain authorization from the court of appeals. See Burton v. Stewart, 549 U.S. 147, 127 S. Ct. 793, 799 (2007) (where petitioner did not receive authorization from Court of Appeals before filing second or successive petition, "the District Court was without jurisdiction to entertain [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir. 2000) ("the prior-appellate-review mechanism set forth in § 2244(b) requires the permission of the court of appeals before 'a second or successive habeas application under § 2254' may be commenced"); Harris v. Felker, 2007 WL 1599990 (E.D. Cal. June 4, 2007), report and recommendation adopted, 2007 WL 2326055 (E.D. Cal. Aug. 14, 2007) (dismissing petition which challenged same conviction challenged in previous petition, where petitioner had not obtained authorization from Court of Appeal to file second or successive petition). Petitioner evidently has not yet obtained authorization from the Ninth Circuit Court of Appeals. Consequently, this Court cannot entertain the present Petition. See Burton v. Stewart, 127 S. Ct. at 799; see also Murray v. Greiner, 394 F.3d 78, 81 (2d Cir. 2005) (dismissal of petition as barred by statute of limitations "constitutes an adjudication on the merits that renders future petitions under §2254 challenging the same conviction 'second or

successive' petitions under §2244(b)"); Bridgewawter v. Scriben, 2007 WL 2262760, at *1 (S.D. Cal. Aug. 3, 2007) (same); Reyes v. Vaughn, 276 F. Supp. 2d 1027, 1029 (C.D. Cal. 2003) (same).

For all of the foregoing reasons, the Petition is denied and dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _Oct. 5_____, 2008.

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

PRESENTED this 15th day of
September, 2008, by:

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE