FILED
CLERK, U.S. DISTRICT COURT

OCT  6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALFREDO NICHOLAS CHAVEZ, | ) | NO. ED CV 08-1259-GPS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TOM FELKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  _Octbn 5_ , 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE